IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

v.                                                                                                  Cause No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSCHE POST DHL and DHL
INTERNATIONAL GmbH,

    Defendants.

-CONSOLIDATED WITH-

D. Maria Schmidt as Personal Representative
of ESTATE OF JOHN PAUL O'NEAL, Deceased,

    Plaintiff,

v.                                                                                                  Cause No. 1:19-cv-1067-KG-JFR

JUST IN TIME CARGO, INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual,

    Defendants.

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER

THIS MATTER is before the Court on Defendant Global Mail, Inc.'s Motion for Leave to file an Amended Answer (the "Motion"), filed May 18, 2020. The time for responding to the Motion has passed, and no response has been filed. Having reviewed the Motion and noting no opposition has been filed, the Court FINDS that the Motion is supported by good cause and is well-taken.

The Court therefore ORDERS that the Motion is granted. Defendant shall file its Amended Answer within seven days of entry of this Order.

_____
UNITED STATES DISTRICT JUDGE

**Submitted and Approved by:**

Dated: June 10, 2020                    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                        By      */s/ Jeffrey R. Taylor*
                                            Seth L. Sparks
                                            Jeffrey R. Taylor
                                            P. O. Box 1888
                                            Albuquerque, NM 87103
                                            Telephone:  (505) 768-7232
                                            FAX:  (505) 768-7395
                                            rtaylor@rodey.com
                                            *Attorney for Defendant Global Mail, Inc., d/b/a*
                                            *DHL eCommerce*

**Approved by:**

By: *Approved by Chip Ferguson via email 6/9/2020*
    Jaramillo Law Firm, PC
    David J. Jaramillo
    505 Roma Ave. NW
    Albuquerque, NM 87102
    david@djnmlaw.com

    Ferguson Law Firm
    Paul 'Chip' Ferguson, Jr.
    Jane S. Leger
    350 Pine Street, Ste. 1440
    Beaumont, TX 77701-2441
    cferguson@thefergusonlawfirm.com
    jleger@thefergusonlawfirm.com

    *Attorneys for Plaintiffs Leon Hunt, as personal*
    *Representative of the estate of John Paul O'Neal,*
    *Barbara O'Neal, and Jeffrey Shayne Gotreaux*

By: *Approved by David M. Houliston via email 6/9/2020*
    Law Offices of David M. Houliston
    David Houliston, Esq.
    7500 Jefferson St. NE, Ste. 106
    Albuquerque, NM 87109
    Phone: (505) 247-1223
    Fax: (505) 214-5204
    david@houlistonlaw.com
    *Attorney for D. Maria Schmidt, as personal*
    *Representative of the estate of John Paul O'Neal*

By: <u>*Approved via email 6/9/2020*</u>
    Butt Thornton & Baehr, P.C.
    Raul P. Sedillo
    Minal P. Unruh
    P.O. Box 3170
    Albuquerque, NM 87190
    Telephone: (505) 884-0777
    rpsedillo@btblaw.com
    mpunruh@btblaw.com

    *Attorneys for Defendants Just In Time*
    *Cargo Inc. and Lucas Richard Fodor*

By: <u>*Approved via email 6/9/2020*</u>
    Park & Associates
    Alfred A. Park
    3840 Masthead Street, N.E.
    Albuquerque, NM 87109
    (505) 246-2805
    apark@parklaw.com

    *Attorney for Defendant James Yarrow*