IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEON HUNT as Personal Representative of Estate of JOHN PAUL O'NEAL, Deceased, BARBARA O'NEAL, and JEFFREY SHAYNE GOTREAUX,

    *Plaintiffs,*

v.    Cause No. 1:18-cv-01077-KG-JFR

JUST IN TIME CARGO, INC., a California Corporation, Individually and d/b/a JITC, and LUCAS RICHARD FODOR, an Individual, and JAMES YARROW, GLOBAL MAIL, INC., DEUTSCHE POST DHL and DHL INTERNATIONAL GmbH,

    *Defendants.*

-CONSOLIDATED WITH-

D. MARIA SCHMIDT as Personal Representative of the Estate of JOHN PAUL O'NEAL, Deceased,

    *Plaintiff*,

v.    Cause No. 1:19-cv-01067-KG-JFR

JUST IN TIME CARGO, INC., a California Corporation, Individually and d/b/a JITC, and LUCAS RICHARD FODOR, an individual,

    *Defendants.*

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO D. MARIA SCHMIDT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    The Court came on to consider Plaintiffs' Unopposed Motion to Extend Deadline to Respond to D. Maria Schmidt's Motion for Partial Summary Judgment and, finding same to be

good, hereby GRANTS that motion.  Plaintiffs' time to respond to D. Maria Schmidt's Motion for Partial Summary Judgment is hereby extended, with that response now due Friday, April 16, 2021.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

By: */s/ David J. Jaramillo*
David J. Jaramillo
Jaramillo Law Firm, Pc
505 Roma Avenue NW
Albuquerque, NM  87102
david@djnmlaw.com

and

Paul "Chip" Ferguson, Jr.
Jane S. Leger*
The Ferguson Law Firm, LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
cferguson@thefergusonlawfirm.com
jleger@thefergusonlawfirm.com
Attorneys for Plaintiffs
Leon Hunt, as Personal Representative
Of Estate Of John Paul O'Neal, Deceased,
Barbara O'Neal, and Jeffrey Shayne Gotreaux,

By: */s/ Seth L. Sparks*
Seth L. Sparks
Rodey, Dickason, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103
SSparks@rodey.com
Attorney for Defendant
Global Mail, Inc., and DHL eCommerce

By: */s/ David Houliston*
David Houliston
Law Offices of David Houliston
7500 Jefferson St. NE, # 106
Albuquerque, NM 87109
david@houlistonlaw.com
Attorney for Plaintiff
D. Maria Schmidt as PR of
the Estate of John Paul O'Neal

By: */s/ Raul P. Sedillo*
Raul P. Sedillo
Butt Thornton & Baehr PC
P.O. Box 3170
Albuquerque, NM 87190-3170
rpsedillo@btblaw.com
Attorney for Defendant
Just in Time Cargo, Inc., and
Lucas Fodor

By: */s/ Alfred A. Park*
Alfred A. Park
Park & Associates
3840 Masthead St. NE
Albuquerque, NM 87109
apark@parklawnm.com
Attorney for Defendant
James Yarrow