IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

v.                                                                                              Cause No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSCHE POST DHL and DHL
INTERNATIONAL GmbH,

    Defendants.

*-CONSOLIDATED WITH-*

D. Maria Schmidt as Personal Representative
of ESTATE OF JOHN PAUL O'NEAL, Deceased,

    Plaintiff,

v.                                                                                           Cause No. 1:19-cv-1067-KG-JFR

JUST IN TIME CARGO, INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual,

    Defendants.

## AGREED ORDER GRANTING DEFENDANT
## GLOBAL MAIL, INC.'S UNOPPOSED MOTION FOR PAGE EXTENSION

    THIS MATTER is before the Court on Defendant Global Mail, Inc.'s Unopposed Motion for Page Extension filed July 14, 2021. (Doc. 139). The Court, having reviewed the Motion and noting it is unopposed, FINDS that the Motion is supported by good cause, is well-taken, and should be GRANTED.

3519987.1

The Court therefore ORDERS that the Motion is granted. Defendant may file a reply in support of it Motion to Dismiss For Lack of Personal Jurisdiction with up to 19 pages of argument.

_____
UNITED STATES DISTRCIT JUDGE

**Submitted and Approved by:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By ___/s/ Jeffrey R. Taylor_____
Seth L. Sparks
Jeffrey R. Taylor
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 768-7232
FAX: (505) 768-7395
rtaylor@rodey.com
*Attorney for Defendant Global Mail, Inc., d/b/a DHL eCommerce*

**Approved by:**

By: Chip Ferguson via email 7/14/2021
    Jaramillo Law Firm, PC
    David J. Jaramillo
    505 Roma Ave. NW
    Albuquerque, NM 87102
    david@djnmlaw.com

    Ferguson Law Firm
    Paul 'Chip' Ferguson, Jr.
    Jane S. Leger
    350 Pine Street, Ste. 1440
    Beaumont, TX 77701-2441
    cferguson@thefergusonlawfirm.com
    jleger@thefergusonlawfirm.com

    *Attorneys for Plaintiffs Leon Hunt, as personal*
    *Representative of the estate of John Paul O'Neal,*
    *Barbara O'Neal, and Jeffrey Shayne Gotreaux*