IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEON HUNT, *as Personal Representative*
*of the Estate of John Paul O'Neal, deceased, et al.*,

      Plaintiffs,

v.                                                               No. CV 18-1077 KG/JFR

JUST IN TIME CARGO, INC., *et al*,

      Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**MONDAY, SEPTEMBER 27, 2021, AT 10:00 a.m**.   Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

                                                                    UNITED STATES DISTRICT JUDGE