IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

vs.    No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC., a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSHCE POST DHL and DHL
INTERNATIONAL GmbH,

    Defendants.

-CONSOLIDATED WITH-

D. Maria Schmidt as Personal Representative
of ESTATE OF JOHN PAUL O' NEAL, Deceased,

    Plaintiff,

vs.    No. 1:19-cv-1067-KG-JFR

JUST IN TIME CARGO INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual,

    Defendants.

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order

(Doc. 156) filed January 4, 2022, the case *D. Maria Schmidt v. Just in Time Cargo, Inc. et al.*,

No 1:19-cv-1067-KG-JFR, is hereby dismissed without prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE