IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

vs.                                                                                       No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC., a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSHCE POST DHL and DHL
INTERNATIONAL GmbH,

    Defendants.

**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, MARCH 17, 2022, AT 2:00 PM**.  Counsel shall call the AT&T conference line at

1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE