IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEON HUNT, as Personal Representative
Of Estate of john Paul O'Neal, Deceased,
BARBARA O'NEAL, and JEFFEREY
SHAYEN GOTREAUX,

    *Plaintiffs,*

vs.                                                                                                     Civ. No 18-1077-KG/JFR

JUST IN TIME CARGO, INC., a
California Corporation, Individually and
d/b/a JITC, and LUCAS RICHARD FODOR,
an Individual, and JAMES YARROW,
GLOBAL MAIL, INC., DEUTSCHE POST
DHL and DHL INTERNATIONAL GmbH,

    *Defendants.*

## STIPULATED ORDER GRANTING JAMES YARROW'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court on James Yarrow's Motion for Summary Judgment (Doc. 171). The parties hereby acknowledge that the Court will likely rule in favor of James Yarrow on the issues raised in James Yarrow's Motion for Summary Judgment and grant the Motion. The parties further acknowledge that, in the interest of judicial economy, there is no need to have a hearing on this matter. Thus, the parties propose that the Court find that James Yarrow's Motion for Summary Judgment be well taken and GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that James Yarrow's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that James Yarrow is dismissed from this lawsuit with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendant James Yarrow shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC

_____/s/ Alfred A. Park_____
Alfred A. Park
Celina C. Hoffman
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
*Attorneys for Defendant James Yarrow*

APPROVED BY:

FERGUSON LAW FIRM LLC

_Approved via Email 6/14/22_____
Jane S. Leger
Paul F. Ferguson
Timothy Ferguson
350 Pine Street, Suite 1440
Beaumont TX, 77701
(409) 982-7200
*Attorneys for Plaintiffs Leon Hunt, Barbara O'Neil, Jeffrey Shayne Gotreaux*

David J. Jaramillo
*Jaramillo Law Firm*
505 Roma Ave. NW
Albuquerque, NM 87102
(505) 200-9454
*Attorney for Plaintiffs Leon Hunt,
Barbara O'Neil, Jeffrey Shayne
Gotreaux*


THE LAW OFFICES OF DAVID M. HOULISTON

*Electronically Approved as to Form 06/14/22*
David M. Houliston
7500 Jefferson Stree NE
Suite 106
Albuquerque, NM 87109
(505) 247-1223
*Attorney Maria Schmidt*

and

Wanda W. Radcliffe
*Emmanuel, Sheppard & Condon*
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
*Attorney for Maria Schmidt*


JONES, SKELTON & HOCHULI PLC

*Electronically Approved as to Form 06/13/22*
Christie Geter
Raul P. Sedillo
100 Sun Ave. NE
Suite 204
Albuquerque, NM 87109
(505) 339-3500
*Attorneys for Just In Time Cargo, Inc.
and Lucas Richard Fodor*

GARCIA LAW GROUP, LLC

*Electronically Approved as to Form 06/14/22*
Bryan Garcia
6739 Academy Rd. NE
Suite 200
Albuquerque, NM 8710
(505) 629-1576
*Attorney for Interpleader*
*Great West Casualty*
*Company*