IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

vs.                                               No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC., a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSHCE POST DHL and DHL
INTERNATIONAL GmbH,

    Defendants.

## PARTIAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Stipulated Order Granting James Yarrow's Motion for Summary Judgment (Doc. 174) filed June 15, 2022, all claims against James Yarrow are hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                        UNITED STATES DISTRICT JUDGE