IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREAT WEST CASUALTY COMPANY,

    Intervenor/ Plaintiff,

v.

LEON HUNT, *as personal representative of the Estate of John O'Neal*; BARBARA O'NEAL, *as personal representative of the Estate of John O'Neal*; D. MARIA SCHMIDT, *as personal representative of the Estate of John O'Neal*; CHERILYN LANE, *as mother and next of friend of Evan O'Neal*,

    Defendants,

CASE NO.: 1:18-CV-01077-KG-JFR
CASE NO.: 1:19-CV-01067-KG-JFR

---

LEON HUNT, *as personal representative of the Estate of John O'Neal, et al.*,

    Plaintiffs,

v.

JUST IN TIME CARGO, INC., *et al*

    Defendants,

CASE NO.: 1:18-CV-01077-KG-JFR

---

D. MARIA SCHMIDT, *as personal Representative of the Estate of John O'Neal*,

    Plaintiff,

v.

JUST IN TIME CARGO, INC., *et al*

    Defendants,

CASE NO.: 1:19-CV-01067-KG-JFR

### ORDER GRANTING STIPULATED MOTION FOR DISCHARGE OF INTERPLEADER PLAINTIFF, GREAT WEST

THIS MATTER came before the Court on Interpleader Plaintiff, Great West's, Motion for Discharge (Doc. 178). Having been fully advised in the premises and noting all parties' approval, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Great West's Motion for Discharge is GRANTED and Interpleader Plaintiff Great West is dismissed from this lawsuit with prejudice. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*

GARCIA LAW GROUP, LLC

*/s/ Bryan C. Garcia*
BRYAN C. GARCIA
*Attorneys for Great West*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
Phone: (505) 629-1576
bgarcia@garcialawgroupllc.com

| | |
|---|---|
| *Approved by:*<br><br>**Plaintiff and Interpleader Defendant, Leon Hunt**<br><br>*Approved via email 08/02/2022 by Paul "Chip" Ferguson*<br><br>Paul "Chip" Ferguson<br>Jane S. Leger<br>FERGUSON LAW FIRM<br>350 Pine St., Ste. 1440<br>Beaumont, TX 77701<br>Phone: 409-832-9700 / Fax: 409-832-9708<br>cferguson@thefergusonlawfirm.com<br>jleger@thefergusonlawfirm.com<br><br>David Jaramillo<br>JARAMILLO LAW FIRM, P.C.<br>500 Roma Ave. N.W.<br>Albuquerque, NM 87102<br>Phone: 505-200-9454<br>Fax: 505-717-1502<br>david@djnmlaw.com | **Just in Time Cargo, Inc. and Lucas Richard Fodor**<br><br>*Approved via email 07/26/2022 by Raul P. Sedillo*<br>Raul Sedillo<br>Christie Geter<br>JONES, SKELTON & HOCHULI PLC<br>100 Sun Ave. NE<br>Suite 204<br>Albuquerque, NM 87109<br>505-339-3500<br>rsedillo@jshfirm.com |