IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

      Plaintiffs,

vs.                                                      No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC., a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSHCE POST DHL and DHL
INTERNATIONAL GmbH,

      Defendants.

## ORDER TO FILE CLOSING DOCUMENTS
## PER SETTLEMENT

The parties have notified the Court that they have reached a negotiated resolution in this matter.

Wherefore,

**IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **SEPTEMBER 8, 2022**, absent a request showing good cause for an extension.

_____
UNITED STATES DISTRICT JUDGE