IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O'NEAL,
Deceased, BARBARA O'NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

vs.                                                  No. 1:18-cv-1077-KG-JFR

JUST IN TIME CARGO, INC., a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual, and
DEUTSHCE POST DHL and
DHL INTERNATIONAL GmbH,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On August 8, 2022, the Court ordered the parties to file closing documents no later than September 8, "absent a request showing good cause for an extension." (Doc. 180). On September 15, one week after the deadline, the parties filed a Joint Notice that the parties would submit closing documents on or before November 1, 2022. (Doc. 182).

As of today, the parties have not filed closing documents nor made a request for an extension. It is therefore ordered that by **Friday, November 11, 2022,** the parties file closing documents or show good cause why further extension is necessary.

IT IS SO ORDERED.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE