## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**LEON HUNT as Personal
Representative of Estate of JOHN
PAUL O'NEAL, Deceased,BARBARA
O'NEAL, and JEFFREY SHAYNE
GOTREAUX,**
*Plaintiffs,*

v.

**JUST IN TIME CARGO, INC., a
California Corporation, Individually
and d/b/a JITC, andLUCAS RICHARD
FODOR, an Individual, and JAMES
YARROW, GLOBAL MAIL, INC.,
DEUTSCHE POST DHL and DHL
INTERNATIONAL GmbH,**
*Defendants.*

Cause No. 1:18-cv-01077-KG-JFR

*-CONSOLIDATED WITH-*

**D. MARIA SCHMIDT as Personal
Representativeof the Estate of JOHN PAUL
O'NEAL, Deceased,**
*Plaintiff,*

v.

Cause No. 1:19-cv-01067-KG-JFR

**JUST IN TIME CARGO, INC., a
CaliforniaCorporation, Individually
and d/b/a JITC, and LUCAS
RICHARD FODOR, an individual,**
*Defendants.*

---

## ORDER FOR DISBURSEMENT

---

1. Payee:
   a. Ferguson Law Firm in trust for Leon Hunt as Personal Representative of the Estate of
      John O'Neal

2. Payee mailing address:
   3155 Executive Boulevard, Beaumont, Texas 77705

1

3.  Principal amount to be disbursed to each payee:
    a.  $30,000.00 payable to Ferguson Law Firm in trust for Leon Hunt as Personal
        Representative of the Estate of John O'Neal

4.  Interest amount:
    a.  Any applicable interest should be disbursed to Ferguson Law Firm in trust for Leon
        Hunt as Personal Representative of the Estate of John O'Neal

UNITED STATES DISTRICT JUDGE